Case No: 23-14115

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

IN RE BRAD RAFFENSPERGER,

*Petitioner,*

_____

On Petition for Writ of Mandamus to the United States District Court
for the Northern District of Georgia

*Donna Curling, et al. v. Brad Raffensperger, et al.*
No. 1:17-cv-2989-AT – Amy Totenberg, *Judge*

_____

**RESPONDENT RICARDO DAVIS' RESPONSE IN OPPOSITION
TO PETITION FOR WRIT OF MANDAMUS
AND CERTIFICATE OF SERVICE**

_____

David E. Oles, Sr.
Law Offices of David E. Oles
5755 North Point Parkway
Suite 25
Alpharetta, GA 30022
firm@deoleslaw.com
davidsr@deoleslaw.com
(770) 753-9995

ATTORNEY FOR RESPONDENT RICARDO DAVIS

Respondent RICARDO DAVIS hereby responds to the Secretary's Petition for Writ of Mandamus as follows.

1.

Respondent concurs with the Curling and Coalition Plaintiffs' position articulated in the Trial Court that Secretary of State Brad Raffensperger should comply with the Trial Subpoena issued to him by appearing and testifying at the trial set to commence on January 9, 2024.

2.

Respondent contends that, as set forth in the Trial Court's Order issued on December 20, 2023, the record shows that the Secretary has made a variety of public statements about the events at issue, the expert findings, and the implications for election security, even going so far as to write a book about it titled "Integrity Counts". The Secretary's resort to the "Apex Doctrine" following such purposeful public intrusion into the matter seems disingenuous, and his objections artificial.

3.

A number of the Secretary's claims have been disputed and claimed to be false, and no other witness can testify as to the

Secretary's knowledge or reasons for his statements. Only he can explain them. Moreover, the Trial Judge made reasonable accommodations for the Secretary to avoid unreasonable burden, limiting his testimony to a mere 75 minutes.

4.

Respondent further concurs with the other contentions made by the Curling and Coalition Plaintiffs Response to Defendants' Omnibus Motion in Limine filed in the Trial Court. Petitioner's Ex. 8.

5.

The Secretary's failure to appear and testify, after having gone to great lengths to make public comments about the details of the events and even writing a book about the experience, sends a message to the voters of Georgia that he lacks credibility.

6.

Respondent requests that this Court DENY the Secretary's request to issue a writ of mandamus compelling the District Court to quash the Plaintiffs' trial subpoena or vacate its Order; provided, however, that should this Court grant the requested relief, in whole or

Case No: 23-14115

in part, this Court should direct the Trial Court to grant Petitioner an

allocable share of the time allotted to question the Secretary at trial.

     Respectfully submitted this the 29th day of December, 2023.

                  Law Office of David E Oles, LLC

                  /s/*David E. Oles*

                  David E. Oles, Esq.
                  Attorney for Ricardo Davis
                  GA Bar No. 551544
                  5755 North Point Pkwy, Ste. 25
                  Alpharetta, GA 30022
                  (770) 753-9995
                  firm@deoleslaw.com

## CERTIFICATION AND CERTIFICATE OF SERVICE

     Pursuant to Local Rule 5.1, the foregoing document has been

prepared with Century Schoolbook 14 point font.  Pursuant to Fed. R.

App. P. 21(a)(1), I hereby certify that I have served a copy of the

foregoing Response on all parties to this proceeding by filing through

this Court's electronic filing system, which provides a service copy to all

attorneys of record.

     This 29th day of December, 2023.

                  */s/ David E. Oles*
                  David E. Oles
                  GA Bar No. 551544

Case No: 23-14115

Law Offices of David E. Oles
5755 North Point Parkway
Suite 25
Alpharetta, GA 30022
firm@deoleslaw.com
(770) 753-9995

Attorney for Ricardo Davis